**FULL NAME:** Michael McCaw

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Mens Central Jail, 441 Bauchet St., L.A., CA, 90012

**PRISON NUMBER (if applicable):** #6178768

FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael McCaw

PLAINTIFF,

v.

Los Angeles County

DEFENDANT(S).

**CASE NUMBER** 2:22-CV-00885-JFW-DFM
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____

   Defendants _____
   _____

b. Court _____
   _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____
   _____
   _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____
   _____

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Michael M⁼ Caw**
                                                         (print plaintiff's name)
who presently resides at **441 Bauchet St., L.A., CA, 90012**,
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**M.C.J., T.T.C.F., C.C.B. courthouse, L.C.M.C. ... etc.**
                    (institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                Page 2 of 6

on (date or dates) __5/18/21__, __2/15/22__, _____.
　　　　　　　　　　　(Claim I)　　　　　(Claim II)　　　　　(Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Los Angeles County__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law: __See Claim__

   _____

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

This complaint is about Detective Eduardo Alvarez-ID 36151-LAPD Central & prosecutor Vira Samouhi SBN 309659 of C.C.B. courthouse in L.A. fabricating a case against me through the use of identity theft, forgery, fabricated documents, perjured testimony, physical violence & the threat of physical violence, germ warfare, torture, false imprisonment, restricting access to the courts, intentional violation of due process, falsifying transcripts, denial of public hearings... etc. Several judges of the C.C.B. courthouse & deputies in the county jail either aided Alvarez & Samouhi in the fabrication or helped in the cover up. Some of those judges & deputies are, but are not limited to: Judge Monguia of pt. 36, Judge Sztraicher of pt. 37, Sergeant Anda & Deputy Vargas #698683 both of tower 2 at T.T.C.F.

① Detective Alvarez is the head of a case in which I was arrested for p.c. §295(b) against Sella Parisian. No such person exists. Parisian in name & in person is a fictional character created by Alvarez. There's no i.d. for her, no photo for her, no medical record, no phone #, no criminal history for her,

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

no one outside of Alvarez & his two officers have ever seen her, there's no address on her, nobody has been able to serve her with a subpoena, & no one has ever spoken to her. In the 2nd preliminary hearing Alvarez testified that she was black, but in the 1st preliminary, officers Shah & Vaca testified that she was white. Alvarez testified twice that there was a videotaped interview with Parisian. No such taped interview exists so that was blatant perjury. In the 1st preliminary, Alvarez & Samouhi introduced a moral turp document into evidence which contained the supposed criminal history of Parisian. Alvarez testified to this document. In the proceeding months I subpoenaed & motioned countless times to get the picture attached to the criminal history on the moral turp document. I never got it without explanation. Finally, at the 2nd preliminary hearing when confronted with the moral turp document ("Witness/Victim disclosure receipt acknowledgement"), Alvarez perjured himself by claiming the document never came from him or his office & he never entered it into evidence.

CONTINUED ON ATTACHMENT A ——→

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

ATTACHMENT A

... Alvarez committed this perjury knowing the prior record proves he's lying. Alvarez fabricated a witness statement document that he said he saw Parisian write with her own hand in front of officer Lang 35542. No such officer exists, Lang hasn't been able to be subpoenaed, located, ... etc. In the process of fabricating this case, Alvarez forged signatures (Lang, Parisian) & document & gave perjured testimony.

② Officer Ronald Shah of L.A.P.D. Central & officer Adrian Anderson of L.A.P.D. Central both testified that they interviewed Parisian at the hospital. Shah & Anderson testified Parisian was a white woman at the 1st preliminary. Alvarez testified that she was black at the 2nd preliminary hearing. I've never met a black Armenian in my life. There's no record of a Parisian at the hospital & no such person exists. Shah & Anderson's testimony was knowing perjury.

③ Officers Miguel Vaca ID 36025 - LAPD Mission & officer Brian Cuba also of LAPD Mission both testified that there's a video of me dropping a red book bag containing guns & ammunition out of my car window during a pursuit. Michael Lopez ID 43766 - LAPD Mission, testified to the same at both preliminaries. No such video exists so that was knowing perjury. Lopez testified that I ran 3 stop signs at the 1st preliminary, at the 2nd preliminary he testified that I ran 2 stop signs. There weren't any stop signs during the route I was driving so that testimony was perjury. The prisoner's receipt proves I didn't have any guns or led the cops on a pursuit because I wasn't arrested for it. The prisoner's receipt proves Mission division only arrested me for a supposed warrant out of L.A. for p.c. §245(a). Months later, Mission division shows up with a picture of a bag with what appears to be a firearm in it & some items they took from my car when they searched it & placed it around the bag in the picture to fabricate a crime scene & make it appear as if the bag & it's contents belonged to me. Obviously they did this because no video exists of me dropping a bag out of my car window.

④ On 7/26/21, Judge Monguia in pt. 36 waived time without me in the courtroom, without my permission, & without a signed waiver on file giving my attorney permission to represent me without me in court. On 8/23/21 Monguia lied about waiving time, refused to correct it, & refused to go forward with the preliminary hearing. On 8/23/21 Monguia, along with prosecutor Samouhi, tried to enter a fabricated hospital record into evidence by attempting to trick me into authenticating it by stipulating to it's chain of custody. Monguia refused to allow my four witnesses to testify at the bail hearing & refused to lower my bail in violation of the caselaw of "In re Humphrey" without explanation. My bail stayed at $1,150,000 while Monguia gave a bail to a non-black defendant (hispanic) for under $150k who had the exact same case with the same circumstances as me. Blatant racism.

⑤ On 12/2/21 in pt. 37 in front of Judge Sztraicher, the 2nd preliminary hearing was held. Alvarez was caught lying on the stand about Parisian's I.d., about the moral turp document, & testified that he didn't know if the photographs in evidence were photoshopped or not. When I got a copy of the transcript it was not signed by Anabelle Montgomery CSR no. 13231, the supposed court reporter who took the minutes, certifying the transcript as true & accurate thereby invalidating the transcript for appellate review. The shorthand dictation will not match the transcript because the transcript was falsified to hide the true testimony of Detective Alvarez. And I don't believe it was falsified by Montgomery. I objected to the transcript & Judge Vegas in pt. 122 on 12/23/21 ordered I be supplied with a new transcript.

An officer, & a tier staff at the Twin Towers Correctional Facility alerted me to the fact that prosecutor Vira Samouhi was in constant contact

with deputies & officials in the county jail & was directing them to have medical take my wheelchair & wheelchair chrono away from me so I could be transferred out of "wheelchair court" to a court with a judge more favorable to her fabricated case. I, and only I, was harassed for months by jail staff about my wheelchair until I was finally assaulted. Other inmates were allowed to walk around out of their wheelchairs for months without ever being bothered or questioned. That is discrimination.

⑥ On 9/3/21 at 4 a.m., Sergeant Anda & Deputy Garlits & several other deputies came into 272-D pod of Tw.C.F. & told me that my wheelchair chrono had expired at 12 midnight. I was told that if I wanted to go to my preliminary hearing I was going to have to walk. They threatened that if I didn't walk, I'd be stripped nude, put in a smock, & tied down to a safety chair & taken to the court that way, & when I returned, I'd be put in the hole. Anda & her deputies harassed me 4 hours straight, kept me awake on purpose, & then told me I couldn't go to it. When I threatened a lawsuit, they relented, claimed they extended the wheelchair chrono through Sept. 17th, & then took me to court. Video footage from 272 d-pod & the 272 flr. of that date & those times prove what I'm alleging.

⑦ Deputy Vargas found out on 9/29/21 that I had a refund check in my possession from my attorney. He told me to give it to him & said he would put it on my books. I gave it to him. Thirty minutes later when he was doing his walk I noticed he had my check hidden under his shirt. I realized he was trying to steal the check because it was bank certified & confronted him about it. He came into the back of 272-d pod, unbuttoned his shirt, & gave the check back to me. He apologized & said I could keep it as long as I didn't tell anybody what happened because he

could be fired for giving contraband to an inmate. Several witnesses can testify to what I'm writing. The next day Vargas returned & pulled me out of the dorm & handcuffed me to a bench & went back into the dorm & my property & took the check back & disappeared with it without explanation. The 272 d-pod & 272 flr. video footage from those dates, after 2 p.m., will prove what I'm alleging.

⑧ On 10/21/21 Deputy Ramirez pulls me out of 272 d-pod & tells me that I have to get out of my wheelchair & walk to M.C.J. side of the county jail. He tells me if I refuse I will be "hogtied" & wrapped up like a burrito & taken over there. He claims that they saw me walking on the monitors in another building & they want to talk to me. I send in a grievance that night. That grievance nor any other grievance I've sent in has ever been answered. Video footage from the 272 flr. around 7 p.m. will prove what I'm saying.

⑨ On 10/22/21, Deputy Vargas pulls me out & tells me my wheelchair chrono has expired. The whole time I've been incarcerated I've never spoken to a doctor about my wheelchair or have gotten the physical therapy I was ordered to get. I inform them I'm unable to walk. Deputies Vargas, Trejo, & Southall take my wheelchair, put me in a safety seat & wheel me over to the M.C.J. side of county jail. Around 7 p.m. at the end of the long ramped hallway to M.C.J., Vargas threw me & my property out of the safety chair. I went flying in the air & landed on my tailbone. I sustained injuries to my neck & back & had to be put on a gurney in a neck brace. I was taken out of the camera's view & the neck brace, which was the wrong size, was purposely put on incorrectly to cause me pain. I was taken to L.C.M.C. hospital where I reported Vargas' assault to Dr. Liu. I asked her not to tell the deputies because I feared retaliation, & asked her to report it to an outside


agency. She said she would but immediately reported it to the deputies. Deputy Morales came into the hospital room & started threatening me. So did Deputy Hong, an officer from the 272 flr. They immediately waist chained me without explanation, & I was taken out of the bed & made to lie on the floor in the hallway by Deputy Morales & Deputy Hong. I was told my bed was given away. 272 d-pod & flr. footage, & M.C.J. & L.C.M.C. video footage will prove what I'm saying.

⑩ I was transferred from L.C.M.C. back to the 242 flr. at T.T.C.F. in front of medical. The nurses let me know that I still had my wheelchair chrono which proved the deputies were lying. 242 flr. footage will prove that an inmate with scabies came & sat in the seat across from the gurney I was handcuffed to. He, I, & the nurses discussed him having scabies. They gave him his prescription & he left. After 2 p.m. Sergeant Anda came with approximately 10 deputies. She told me I was going to the hole so I "won't slip & fall again" & "to teach me a lesson." I never had a disciplinary report or was accused of an infraction so I was sent to the hole in retaliation for reporting the assault to Dr. Liu. The deputies were directed to hogtie me as promised. I told Anda to keep me away from the scabies area. After learning about the scabies Anda told the deputies to bring me to the scabies contaminated area. The deputies lifted me off the gurney & threw me on top of the scabies & then hogtied me. I subsequently caught scabies & it took a month for me to be cured of it. The deputies carried me, hogtied, to M.C.J. When we got to M.C.J., Sergeant Gonzales met Anda at the bridge. She told him to take me to the hole, & to alert medical staff not to call me in for medical attention. Gonzales then told me that once I got to the hole & was untied, if I didn't get up & walk into the cell I would be tased. I was taken to 2300 Baker 14. Gonzales repeated his threat, but as other inmates watched & protested, he

Case 2:22-cv-00885-JFW-DFM   Document 1   Filed 02/04/22   Page 10 of 15   Page ID #:10

6

relented. I have witnesses ready to testify to that fact. My back gave out from being pushed. I laid on that floor for days while talking to different officers (Senior Sanchez) begging for medical attention. I even put signs in front of my cell begging for medical attention. I still have those signs. I was completely ignored & was never called to medical. After 4 days of being in the hole for no reason, I was released. Anda is responsible for everything in this enumerated section. Video footage from 10/22 after 2 p.m. at 242 & 2300 Baker 14, from 10/22 - 10/26/21 will prove what I'm saying.

(11) The A.C.L.U. has filed a grievance on the issue on my behalf. The A.C.L.U. grievance # is LA253a. I was sexually assaulted by "N.P.G." on the nursing staff on 6/2/21. I filed multiple grievances about it, told several judges & even reported it to crimestoppers (tip # 365-C132015). I have yet to be interviewed or get a response about the sexual assault.

(12) When I was first arrested, I was taken to M.C.J. Camera footage will show I slept through the interview with the psychologist. Afterwards, officers forced me by threat to strip nude & put on a smock. I was put on a gurney & taken to floor 242 in Twin Towers. For four days I wasn't told why I had to be nude in a suicide smock handcuffed to a gurney. On the 4th day I was told that I was being punished because the psych claimed I cursed at her. Video footage from the 242 floor will show from 5/13/21 - 5/19/21 I was handcuffed nude, in a smock, not allowed to shower or brush my teeth for 6 days straight because the psych claimed I cursed at her. The footage will also prove that I complained to multiple nurses about a rash spreading up my neck

to the back of my head. The nurses refused to treat me or give me medication. I can prove I sent in 3 grievances. None of them were ever answered. This is the epitomy of cruel & unusual punishment, depravity, & torture. For just this act alone I'm suing for $1,000,000, & everybody involved should be fired & charged.

(11) I would of sent this suit in earlier but the deputies & staff here refused to give me any legal forms. When I requested §1983 forms, Officer Tipton (# 532702) sent me an inmate marriage packet to be funny. Officers Vasquez, & Velasquez who are in charge of the legal dept. in Twin Towers, twice sent me Arizona §1983 forms & once sent me a S.T.E.M. student training manual to be funny. I kept everything that they sent me including the request & response as proof. I've requested to get prisoner-plantiff's trust account statement for the last 6 months, & have never gotten it or a response. They refuse to give it to me because they know I'm trying to file a lawsuit. They've always denied me legal forms, they've continued to deny me discovery in an effort to prevent me from getting the evidence that proves this case is fabricated. So I'm suing, also, for the intentional denial of my Constitutional right of access to the courts. I'll try to get any officer to give you my current account balance, but if not I'll try to include the lastest receipt from my pro per account. That's all the money I've gotten in 8 months, save one $20 deposit in October. F.Y.I. I finally got the correct §1983 forms from an inmate

(12) In a seperate lawsuit I will be filing, I explain how police in the valley pulled me over & beat me until I was unconcious & woke up in the hospital on a ventilator without reason or explanation of why they did it. I believe this case & the police in the police brutality incident are connected.

(13) Every photograph in this case of any evidentiary value was photoshopped. When I questioned Alvarez in the 2nd preliminary hearing about the pictures being photoshopped, his responses were so much of an admittance to the picture being photoshopped that they falsified the transcript to hide that part of his testimony. But two pictures in particular, people's #1 & people's #2, are obviously photoshopped because it shows a wound to the right front thigh. The supposed victim was supposedly hit from behind so the wound is supposed to be in the back.

(14) Vira Samoohi was a knowing & willing participant in presenting & prosecuting a fabricated case. Court documents & transcripts will prove that I told her & everybody else over & over that "Sella Parisian" was an invented or stolen identity used to fabricate a case against me. And even after they dismissed the case for 1st time, she had the People refile the case without any ability to prosecute it. Unquestionably this

There's more but I believe I written enough. Anything else that needs to be brought up can be discussed during negotiations. Everything I've alleged is factual & can be proven. I can't send you copies of documents because they refuse to give me copies. This is a case fabricated by Alvarez & Samoohi for reasons unbeknownst to me, but I'm sure racism played a part in it. The judges & other prosecutors who were supposed to stop this, didn't, they covered it up & helped it continue. Their time runs out to bring me to trial on 2/15/22 & I believe at that time I will be released. At that point I will have been falsely imprisoned for 9 months & 2 days. I call this a kidnapping. What I ask for in compensation will reflect what I know to be fair for the criminal acts heaped upon me by your officers.    2/ _____ all rights reserved  1/13/22

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

For being the victim of multiple criminal offenses at the hands of county officials including kidnapping, attempted theft, assault & battery, & being given scabies, I believe $20 million dollars is fair & believe a jury will see it the same way.

I ask for a restraining order against all Los Angeles County law enforcement officials & criminal courts. This is the third case I believe the county has fabricated against me & I have been beaten & assaulted twice by law enforcement officers. So unless it's a life or death situation, I believe L.A. officers should be legally restrained from approaching or engaging. And if I am accused of anything in Los Angeles County, Los Angeles county should be restrained from dealing with the case.

In 2010 I pled guilty to D.U.I. & took jail time for it. It is 12 years later & the D.M.V. refuses to give me my drivers license back even though according to the vehicle code, after 10 years the d.u.i. goes off my record, the statute of limitations has passed & I can't be held accountable after 10 years. I ask that you order the D.M.V. to give me my license back because I did the time & I no longer legally required to do classes or anything else after 10 years have passed.

1/13/22
(Date)

Michael McCann
(Signature of Plaintiff)

Michael McCaw, #6178768, 2500 C-17
Mens Central Jail
441 Bauchet St.
Los Angeles, CA, 90012



CV



United States District Court
Central District of California
255 East Temple Street, Ste. TS-13.
Los Angeles, CA, 90012

`Legal Mail`

DEPUTY ALVAREZ
2221 HRS

