JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL McCAW, | Case No. CV 22-00885-JFW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Court should abstain from hearing this matter under <u>Younger v. Harris</u>, 401 U.S. 37 (1971), and this action is accordingly dismissed without prejudice.

Date: July 26, 2023

_____
JOHN F. WALTER
United States District Judge